UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN ANH LE<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON, et al.,<br><br>Defendants. | Case No. 14-cv-01949-KAW   (ADR)<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: March 18, 2015<br>ENE Evaluator:  Robert Pohls |

IT IS HEREBY ORDERED that the request to excuse defendant Select Portfolio Servicing, Inc. from appearing in person at the March 18, 2015, ENE before Robert Pohls is GRANTED.  The excused party shall participate telephonically in the mediation as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED**.

Dated: March 10, 2015

Maria-Elena James
United States Magistrate Judge