UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TUAN ANH LE,

        Plaintiff,

   v.

BANK OF NEW YORK MELLON, et al.,

        Defendants.

Case No. 14-cv-01949-KAW

ORDER REGARDING PROPOSED STIPULATED PROTECTIVE ORDER

Re: Dkt. No. 69

On October 19, 2015, the parties filed a stipulated protective order. They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 11.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

IT IS SO ORDERED.

Dated: October 20, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge